## Schedule A

| Columns 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Cause of Action | Plaintiff | Musical Composition | Writers | Date of Registration/Publication | Certificate of Registration Number | Renewal Claimant | Renewal Certificate Date and Number | Date of Known Infringement |
| 1. | UNIVERSAL MUSIC-MGB NA LLC dba UNIVERSAL MUSIC-MGB SONGS | IF YOU LEAVE ME NOW | Peter Cetera | July 14, 1976 | EU 694-744 | Peter Cetera | RE 904-428 November 19, 2004 | July 15, 2022 |
| 2. | UNIVERSAL MUSIC-MGB NA LLC dba UNIVERSAL MUSIC-MGB SONGS | FEELIN' STRONGER EVERY DAY | Peter Cetera James Pankow | June 11, 1973 | EU 411-812 | Peter Cetera James Pankow | RE 841-994 January 16, 2001 | July 15, 2022 |
| 3. | PWMP ACQUISITION I LLC dba PRIMARY WAVE LAMM | AIN'T IT BLUE? | Robert Lamm | July 1, 1975 | EP 342-914 | Robert Lamm | RE 884-408 September 29, 2003 | July 15, 2022 |
| 4. | PWMP ACQUISITION I LLC dba PRIMARY WAVE LAMM | DOES ANYBODY REALLY KNOW WHAT TIME IT IS? | Robert Lamm | September 28, 1970 | EP 285-833 | Robert Lamm | RE 782-927 February 19, 1998 | July 15, 2022 |
| 5. | PWMP ACQUISITION I LLC dba PRIMARY WAVE LAMM | QUESTIONS 67 AND 68 | Robert Lamm | September 28, 1970 | EP 285-835 | Robert Lamm | RE 782-929 February 19, 1998 | July 15, 2022 |
| 6. | PWMP ACQUISITION I LLC dba PRIMARY WAVE LAMM | BEGINNINGS | Robert Lamm | September 28, 1970 | EP 285-834 | Robert Lamm | RE 782-928 February 19, 1998 | July 15, 2022 |