UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(Western Division)

| | |
|---|---|
| UNIVERSAL MUSIC-MGB NA LLC dba UNIVERSAL MUSIC-MGB SONGS and PWMP ACQUISITION I LLC dba PRIMARY WAVE LAMM,<br><br>Plaintiff,<br><br>v.<br><br>CALVIN THEATER CORP. and ERIC SUHER,<br><br>Defendants. | Civil Action No.: 3:22-cv-30112 |

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, each plaintiff hereby identifies any parent corporation and any publicly held company that owns 10 percent or more of its stock as follows:

Universal Music-MGB NA LLC dba Universal Music-MGB Songs is wholly owned by publicly traded Universal Music Group N.V. Publicly traded Vivendi SE owns more than 10% of Universal Music Group N.V. stock.

PWMP Acquisition I, LLC dba Primary Wave Lamm has no parent and no publicly held corporation owns more than 10% of its stock.

Dated: Boston, Massachusetts
August 22, 2022

Respectfully submitted,

UNIVERSAL MUSIC-MGB NA LLC dba
UNIVERSAL MUSIC-MGB SONGS and
PWMP ACQUISITION I LLC dba
PRIMARY WAVE LAMM.,

By their attorney,

/s/ Eric Osterberg
Eric C. Osterberg (BBO #624944))
Osterberg LLC
83 Atlantic Avenue
Boston, MA 02110
Phone: (617) 294-6542
eosterberg@osterbergllc.com
(*Attorney for Plaintffs*)